## Commonwealth *v.* Wagner, Appellant.

Submitted March 8, 1971. *John R. Walker,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *David A. Dickey,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Williams, Appellant.

Submitted March 15, 1971. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Arthur Makadon* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Benek *v.* Benek, Appellant.

Argued April 12, 1971. *Edward J. Tocci,* with him *Duplaga, Tocci & Palmieri,* for appellant; *Barris Siegel,* for appellee.

OPINION PER CURIAM: The record is remanded to the court below for the filing of an opinion in accordance with Rule 46 of this Court.

WRIGHT, P. J., dissents.

## Fabian et al., Appellants, *v.* Children's Hospital of Pittsburgh.

Argued April 15, 1971. *John Daley*, with him *Brennan and Brennan*, for appellants; *George Weis*, with him *Weis and Weis*, for appellee.

Judgment affirmed.

HOFFMAN, J., dissents.

## Hearne *v.* Reeb et ux., Appellants.

Argued March 15, 1971. *Norman R. Bradley*, with him *Ross Van Denbergh*, and *Saul, Ewing, Remick & Saul*, for appellants; *Harry C. Barbin*, for appellee.

Judgment affirmed.

## Hooks et ux., Appellants, *v.* Krammes et al.

Submitted November 13, 1970. *Hymen Schlesinger*, for appellants; *Kim Darragh*, and *Meyer, Darragh, Buckler, Bebenek & Eck*, for appellees.

Order and judgment affirmed.